UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| DAVID E. BARBER,<br>　　　Plaintiff,<br><br>v.<br><br>SAINT GOBAIN PERFORMANCE<br>PLASTICS CORPORATION,<br>　　　Defendant | Civil Action No. 1:04-CV-106 |

## JOINT MOTION TO AMEND ORDER OF DISMISSAL

1. After receiving a report from the parties that this matter was resolved by agreement of the parties, on September 15, 2006 this Court entered an Order of Dismissal "with the right to petition to reopen the action, upon good cause shown within 60 days, if settlement is not consummated."

2. The parties have diligently worked cooperatively toward a final resolution of the case, have reduced the final agreement to a writing which has already been executed by the Plaintiff and delivered to Defendant's counsel. The parties reasonably believe that they will need another thirty (30) days for the final instruments to be exchanged in order to bring this matter to finality.

3. Accordingly, the parties respectfully request that the Order of Dismissal of September 15, 2006 be amended to give the parties 90 days from September 15, 2006 to reopen the action upon good cause shown.

Respectfully submitted,

| | |
|---|---|
| DAVID E. BARBER<br>By his attorney:<br><br>*/s/ Thomas H. Somers*<br>Thomas H. Somers<br>Hoff Curtis<br>100 Main Street<br>P.O. Box 1124<br>Burlington, VT 05402-1124<br>(802) 864-6400<br><br>Dated: October 30, 2006 | SAINT-GOBAIN PERFORMANCE<br>PLASTICS CORPORATION<br>By its attorneys:<br><br>*/s/ Andrew C. Pickett*<br>Andrew C. Pickett (Vt. Lic. No. 1970)<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, Ma 02116<br>(617) 367-0025<br><br>Dated: October 30, 2006 |

**APPROVED and SO ORDERED:**

Date: _____

_____
U.S. District Judge

4236.000.Pleadings/Motion to Amend Order of Dismissal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| DAVID E. BARBER, | ) | |
|     *Plaintiff* | ) | |
| | ) | CIVIL ACTION |
|     v. | ) | |
| | ) | |
| SAINT-GOBAIN PERFORMANCE | ) | DOCKET NO. 1:04-CV-106 |
| PLASTICS CORPORATION | ) | |
|     *Defendant* | ) | |

### CERTIFICATE OF SERVICE

This is to certify that a copy of the below-listed materials were served on all counsel of record in this case by having placed same in the U.S. Mail, First Class postage pre-paid, addressed to Andrew C. Pickett, Jackson Lewis LLP, 75 Park Plaza, Fourth Floor, Boston, Massachusetts 02116-3934:

1. Joint Motion to Amend Order of Dismissal; *and*

2. This Certificate of Service.

DATED AT Burlington, Vermont, this 30TH day of October, 2006.

                                                                                       */s/ Thomas H. Somers*

                                                    Thomas H. Somers, Esq.
                                                    Attorney for Plaintiff
                                                    HOFF CURTIS
                                                    P.O. Box 1124
                                                    Burlington, VT 05402-1124

HOFF CURTIS

Hoff, Curtis, Pacht,
Cassidy, Frame,
Somers & Katims, P.C.

P. O. Box 1124
Burlington, Vermont
05402-1124

4236.000.Pleadings/Certificate of Service.009